UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN BORRÁS MARÍN
    Plaintiff
    v.                                  Civil No. 97-1863(SEC)
SEGWICK JAMES OF PUERTO RICO,        DISCIMINATION UNDER ADA
INC., ET. AL.
    Defendants

### ORDER

| MOTION | RULING |
| --- | --- |
| Docket #27<br>Motion to Accept Spanish Language Documents | Granted. |
| Docket #33<br>Motion to File Amended Complaint | Granted. |
| Docket #35<br>Motion Requesting Leave and Extension of Time to Reply to Plaintiff's Opposition to Motion for Summary Judgement | Granted. |

DATE: October 25, 1999

/SALVADOR E. CASELLAS
United States District Judge

