ENTERED ON DOCKET
5/12/00 PURSUANT TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN BORRÁS-MARIN <br><br> Plaintiff <br><br> v. <br><br> SEDGWICK JAMES OF PUERTO RICO, INC. <br><br> Defendant | Civil No. 97-1863(SEC) |

## SUMMARY JUDGMENT

Pursuant to this Court's Opinion and Order of even date, the above-captioned case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 10th day of May, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)