IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carmen Borrás-Martín
_____
Plaintiff(s)

Civil No. 97-1863 (SEC)

v.

Sedgwick James of Puerto Rico, Inc.
_____
Defendant(s)

RECEIVED & FILED
'00 JUN 16 AM 7:59
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR

### DESCRIPTION OF MOTION

DATE FILED: 6/9/00   DOCKET #: 42   TITLE: Motion Requesting Extension of Time to Oppose Plaintiff's Motion for Reconsideration

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)
[X] Defendant(s)   [ ] Joint

DISPOSITION:

[X] GRANTED                [ ] DENIED

[ ] NOTED                  [ ] MOOT

### COMMENTS

Until June 29, 2000.

_15-JUNE 00_
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

