IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carmen Borrás-Marín
_____
Plaintiff(s)

Sedgwick James of Puerto Rico, Inc., et al.
_____
Defendant(s)

Civil No. 97-1863 (SEC)

RECEIVED & FILED
01 JAN 22 AM 6:57
[OFFICE / U.S. DISTRICT COURT / SAN JUAN PR]

## DESCRIPTION OF MOTION

DATE FILED: 7/5/00   DOCKET #: 45   TITLE: Motion to Correct Misstatement made in Motion in Opposition to Plaintiff's Motion, etc..

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)

[X] Defendant(s)

## DISPOSITION:

[X] GRANTED              [ ] DENIED

[ ] NOTED                [ ] MOOT

## COMMENTS

_____
19 JAN 01
DATE

_____
SALVADOR E. CASELLAS
United States District Judge