IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

CARMEN BORRAS MARIN

    Plaintiff

v.

SEGWICK JAMES OF PUERTO RICO, INC.

    Defendant

---

Civil Action No. 97-1863 (SEC)

## NOTICE OF APPEAL

NOW COMES Plaintiff Carén Borrás, through the undersigned counsel and respectfully notifies this Honorable Court that it appeals the Court's Opinion and Order and Summary Judgment entered May 10, 2000 and its ORDER ON RECONSIDERATION entered January 22, 2000 to the Honorable Court of Appeals for the First Circuit.

Respectfully submitted.

_____
LUIS F. PADILLA
P.O. Box 193656
San Juan, Puerto Rico 00919-3656
(787) 756-7256
Fax: (787) 756-7214

*No fees paid*

*c: CCA clerk 2/22/01*

## CERTIFICATE OF SERVICE

      This certifies that on this same date, February 15, 2001, I served a true and correct copy of the foregoing document by regular mail to Defendant's attorney of record, Luis N. Blanco Matos, P.O. Box 362677, San Juan, P.R. 00936-2677 and Jose Luis Rivero Vergne, Capital Center Building South Tower, Suite 1001, 239 Arterial de Hostos, Hato Rey, Puerto Rico 00918.

_____
Luis F. Padilla